Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LOUIS TROMMER, Respondent, for Compensation under the Workmen's Compensation Law, v. McCLEARY, WALLIN & CROUSE, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PIETRO INTINI, Father, and ANTONIETTA TADDEA INTINI, Mother, by the ROYAL ITALIAN CONSUL, Respondents, for Compensation for the Death of NICOLO INTINI, Deceased, under the Workmen's Compensation Law, v. STITTVILLE CANNING COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award as to the mother reversed and her claim dismissed, on the authority of *Matter of Skarpeletzos* v. *Counes & Raptis Corporation* (228 N. Y. 46). Award as to the father modified by providing for the payment of two dollars eighty-eight and one-half cents weekly, and as so modified affirmed. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALBERT L. CUSACK, Respondent, for Compensation under the Workmen's Compensation Law, v. WRIGHT MARTIN AIRCRAFT CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Matter remitted to the Commission for further consideration and findings.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Relator, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Defendant.— Motion denied.

ALBERT F. WILSON, Appellant, v. GRANT BIRDSALL and Others, Respondents.— Motion denied.

---

## FOURTH DEPARTMENT, MARCH, 1920.

LUTHER W. TARBOX, as Executor, etc., of BLANCHE A. TARBOX, Deceased, Respondent, v. RICHARD H. THOMPSON and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Judicial Settlement of the Accounts of VIRGINIA KENT WHITE and WILLIAM H. GRATWICK, as Executors, etc., of PENDENNIS WHITE, Deceased. VIRGINIA KENT WHITE and Others, Appellants; WILLIAM H. GRATWICK, as Executor, etc., Respondent.— Order, so far as appealed from, affirmed, with costs. All concur.

COUNTY OF GENESEE, Respondent, v. EDWARD F. SHORT, Appellant.— Judgment affirmed, with costs. All concur.

CHARLES W. TERRY, as Trustee in Bankruptcy of SALAMANCA ENGINE IRON COMPANY, Bankrupt, Respondent, v. ROSS HEATER & MFG. CO., INC., Appellant. (Action No. 1.) — Judgment affirmed, with costs. All concur.